

Signed and Filed: July 19, 2017

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) Case No. 17-30081 HLB |
| MILDRED MENDOZA, | ) Chapter 13 |
| Debtor. | ) |

**ORDER RE DEBTOR'S MOTION FOR REFERRAL TO MMM PROGRAM**

No later than August 11, 2017, Debtor shall file and serve a declaration in support of her motion for referral to the MMM Program that confirms she has satisfied all conditions precedent to participating in the MMM Program. The court will rule on the motion after reviewing the declaration

**\*\*END OF ORDER\*\***

## Court Service List

[None]